OAO91 (Rev. 12/03)  Criminal Complaint

FILED - GR

June 9, 2008 11:16 AM

RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: FHW/

# UNITED STATES DISTRICT COURT

WESTERN    DISTRICT OF    MICHIGAN

UNITED STATES OF AMERICA

V.

VICTOR MARQUEZ-JIMENEZ

CRIMINAL COMPLAINT

Case Number: 1:08-MJ-43

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about _____5/23/08_____ in _____KENT_____ County, in the _____WESTERN_____ District of _____MICHIGAN_____ defendant(s) did,
(Date)

(Track Statutory Language of Offense)

Transport and move an alien who had illegally entered the United States

in violation of Title ____8____ United States Code, Section(s) ____1324(a)(1)(A)(ii)____ .

I further state that I am a(n) ____SENIOR SPECIAL AGENT____ and that this complaint is based on the
Official Title

following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part of this complaint:  ☒ Yes    ☐ No

_____
Signature of Complainant

THOMAS A. SCHIFINI
Printed Name of Complainant

Sworn to before me and signed in my presence,

6/9/2008
Date

at    GRAND RAPIDS       MICHIGAN
City                                State

HUGH W. BRENNEMAN, JR.       U.S. MAGISTRATE
Name of Judge            Title of Judge

_____
Signature of Judge

AFFIDAVIT OF
IMMIGRATION & CUSTOMS ENFORCEMENT
SPECIAL AGENT THOMAS A. SCHIFINI


CITY OF GRAND RAPIDS )
                      ) ss.
STATE OF MICHIGAN         )

I, Thomas A. Schifini, being first duly sworn, depose and say:

1.  I am a Senior Special Agent with Immigration and Customs Enforcement, United States Department of Homeland Security, with ten (10) years experience as an Immigration Agent, duly appointed according to law and acting as such. I am assigned to the Grand Rapids RAC office of the Detroit Special Agent in Charge (SAC). I have investigated matters involving fraudulent activities entered into by individuals to circumvent the immigration laws and the use of fraudulent immigration documents by undocumented aliens. I have successfully completed the U.S. Border Patrol/FLETC Academy in Charleston, South Carolina. I possess a Bachelor's Degree in Criminal Justice from John Jay College of Criminal Justice with a minor in Police Operations and Management. I also have a Juris Doctor from the University of Akron School of Law with a specialization in Criminal Law.

2.  This affidavit is made in support of complaints against **Victor MARQUEZ-Jimenez**, for a violation of **Title 8, United States Code, Section 1324 (a)(1)(A)(ii), Illegal Transportation of Aliens** and against **Saqueo JUAN-Francisco**, for a violation of **Reentry After Deportation in violation of 8 USC 1326(a).**

3.  I am familiar with the information contained in this Affidavit based upon the investigation I have conducted and based on my conversations with other law enforcement officers who have engaged in numerous investigations involving human smuggling loads and alien reentry cases. This Affidavit is being submitted for the limited purpose of securing complaints in support of criminal arrest warrants. I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that there is evidence of violations of Alien Transportation as per 8 USC 1324(a)(1)(A)(ii) and Reentry After Deportation as per 8 USC 1326(a).

4.  On May 23, 2008, at approximately 0106 hrs, Kent County Deputies were patrolling I-96 near Grand Rapids, Michigan. Deputies encountered a 2000 Chrysler minivan, bearing Arizona license plate BA7991, which was swerving and driving 45 mph in a 70 mph zone. Deputies initiated a traffic stop and made contact with the driver, who was identified as Victor MARQUEZ-Jimenez.

5.  Deputies observed that the vehicle appeared to be heavily laden. They also believed that there was some movement from the back of the van, but were unable to see

through the dark, tinted windows. A Kent County Deputy was able to shine his flashlight through the driver's side window, which was open, and peer into the back of the van. He noticed numerous people packed into the back of the van. Deputies questioned MARQUEZ-Jimenez, who spoke very little English, and asked him to open up the back tailgate of the van. Deputies were then able to see that there were (10) people packed in the minivan. The occupants did not speak English and none could produce any type of identification.

6. Deputies, believing that the vehicle's occupants were illegal aliens, contacted the ICE communication center (SECTOR). SECTOR then contacted the ICE Duty Agent, who telephonically interviewed one of the passengers. ICE SSA Dan Gwyn was able to establish that the van contained illegal aliens and requested that Kent County detain the occupants until they could be re-interviewed in the morning. Immigration detainers were then lodged on the aliens, who were transported to the Kent County Jail.

7. On May 23, 2008, ICE agents interviewed the driver and the van's occupants at the Kent County Jail. All admitted to being illegal aliens, who were present in the United States without being properly inspected by U.S. immigration officials. The information gathered by agents resulted in the following:

    a. **Victor MARQUEZ-Jimenez** (dob: 4/22/79): identified by law enforcement and the smuggled aliens as the driver of the vehicle. He admitted that he was a Mexican national, who was illegally present in the United States and requested an immediate deportation back to Mexico.
        i. A computerized fingerprint analysis revealed that MARQUEZ-Jimenez was arrested on 4/22/08, in San Bernardino, California, and charged with DUI, Hit & Run, and No Operator's License.

    b. **Saqueo JUAN-Francisco** (dob: 12/18/84): was one of the occupants. A computerized fingerprint analysis indicated that he was a prior deported alien from Mexico. His prior deportation order was reinstated.
        i. He later told this agent that he crossed the U.S./Mexican border separate from the group, but later met up with them as he was transported up from Arizona.
        ii. He stated that the driver of the minivan, who was identified as Victor MARQUEZ-Jimenez, was the only driver of the vehicle since it left Arizona.
        iii. His fingerprints were processed through the IDENT/IAFIS system which indicated that he was previously deported and issued alien #98 967 543. The National Records Center (NRC) was contacted and faxed and emailed copies of his alien file, which included matching photographs and fingerprints.
            a. Further analysis revealed that an Immigration Judge in Kansas City, Missouri ordered him removed from the United States on March 26, 2006 after he was found in another human smuggling load.

2

       b. He was physically removed from the United States through the Laredo, Texas Port of Entry on March 29, 2006.

       c. A review of the CIS applications database (CLAIMS) did not indicate that JUAN-Francisco ever filed an I-212 Permission to Legally Reenter the U.S. after Deportation.

c. **Giovani Dejesus TUNMAE** (dob: 10/27/81): was one of the occupants. He admitted that he was a Mexican national, who was illegally present in the United States and requested an immediate deportation back to Mexico.

d. **Artemio VASQUEZ-DelaCruz** (dob: 6/30/86): was one of the occupants. He admitted that he was a Mexican national, who was illegally present in the United States and requested an immediate deportation back to Mexico.

e. **Juan ORTIZ-Gutierrez** (dob: 12/10/56): was one of the occupants. He admitted that he was a Mexican national, who was illegally present in the United States and requested an immediate deportation back to Mexico.

f. **Jose Alberto SANCHEZ-Perez** (dob: 10/9/75): a Guatemalan national, who was illegally present in the United States. He requested an immediate deportation back to Guatemala, but told SSA Gwyn the following:
    i. He crossed the U.S./Mexican border three (3) days prior near Altar, Sonora. He paid $3,000.00 to a smuggler in Guatemala to be smuggled to New York.
    ii. He stated that the minivan left Arizona at night with the group of aliens. There was only one (1) driver in the van and the group spent one (1) day and one (1) night in the van. The driver did not provide any food to the group of aliens.

g. **Edith LOPEZ-Martinez** (dob: 4/11/85): was one of the occupants and initially claimed to be a Mexican national illegally present in the United States. She requested an immediate deportation and was processed as such.

h. **Maria ARTHEAGAS-Carvantes** (dob: 10/12/82): was one of the occupants, who claimed to be a Mexican national illegally present in the United States. She requested an immediate deportation and was processed as such.

i. **Jesus Alberto SANCHEZ-Martinez** (dob: 10/6/81): later claimed to be a Honduran national, who was illegally present in the United States. He requested an immediate deportation back to Honduras, but told SSA Gwyn the following information:
    i. He illegally crossed in Mexico, where he paid $4,000.00 to a smuggler in Chiapas, Mexico to be smuggled to New York. He crossed the U.S./Mexican border approximately four (4) days prior near Altar, Sonora. He walked through the desert for two (2) days and nights with one (1) smuggler.

3

    ii.    Once he crossed the U.S./Mexican border, he walked to a ranch and spent about two (2) days at this location. He was then taken to another house on the U.S. side, where he was placed into a car. The car was then driven to another location, where the minivan was waiting.

    iii.    He stated that there was one (1) minivan driver, who drove the entire way from Arizona. The group departed at night and was not given any food by the driver.

j. **Gaspar ORDONEZ-Ambrosia** (dob: 9/4/74): was one of the occupants, who claimed to be a Mexican national illegally present in the United States. He requested an immediate deportation and was processed as such.

8. On May 28, 2008, this agent went to East Beltline Towing, 5277 Plainfield NE, Grand Rapids, Michigan in order to inspect the vehicle used in the smuggling load. The 2000 Chrysler/Dodge minivan, bearing Arizona LP BA7991, was towed to this location after the Kent County vehicle stop. Several aspects of the vehicle and its contents were noticeable:

    i.    The vehicle had noticeably dark tinted windows. Alien smugglers will often use an extremely dark window tint in an attempt to conceal their load from the eyes of other motorists and from law enforcement officials.

    ii.    There were two or three one gallon water jugs that appeared to be filled with dark urine. Alien smugglers will often make the aliens urinate in empty bottles in order to avoid having to stop at rest areas and restaurant bathrooms, where they could attract attention from law enforcement officials and the general public.

    iii.    The vehicle did not contain any luggage or personal belongings, but did contain feminine hygiene products, deodorant, toothbrushes, toothpaste and toilet paper. Smuggled aliens will often travel light and will only carry personal hygiene products. They avoid carrying luggage and extra clothes, because they take up space in the smuggling vehicle.

    iv.    The vehicle also contained Mexican coins, which were located on the front floorboards. There was also bags of bread tied to the inside door handles of the vehicle.

    v.    This agent was able to locate vehicle registration and insurance cards inside the vehicle. The vehicle was registered to Victor JIMENEZ, 1036 N. July Circle, Mesa, Arizona 85203. The vehicle was insured by Victor MARQUEZ-Jimenez on May 20, 2008, which was three (3) days prior to the vehicle stop.

9. This agent was informed by the Kent County Deputies that the driver of the smuggling vehicle attempted to hide a credit card in the backseat of the police cruiser.

4

Deputies located the card and placed it back into his personal belongings once he was booked into the jail.

On May 29, 2008, this agent inspected the driver's personal belongings at the Kent County Jail. The driver's personal belongings contained a Bank of America Visa debit card, which appeared to be folded in half. The card had the image of Victor MARQUEZ-Jimenez, but the name of Andres MARTINEZ. On June 3, 2008, this agent watched the dash cam videos, which were taken by Kent County during the vehicle stop. MARQUEZ-Jimenez was videotaped the entire time he was in the back seat of the police cruiser. At one point, he is visibly fidgeting in the back seat of the cruiser.

10. Based on the foregoing facts, I believe that there is probable cause to believe that Victor MARQUEZ-Jimenez has knowingly, or in reckless disregard, transported illegal aliens within the United States in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii). Additionally, I believe that there is probable cause to believe that Saqueo JUAN-Francisco has reentered the United States after being deported, in violation of 8 USC 1326(a).

FURTHER AFFIANT SAYETH NAUGHT

Thomas A. Schifini
Senior Special Agent - ICE

SWORN AND SUBSCRIBED TO BEFORE ME THIS _9th_ OF JUNE 2008.

HUGH W. BRENNEMAN, JR.
UNITED STATES MAGISTRATE JUDGE